IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| EMMANUEL OPUBOR )<br>    PETITIONER, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, )<br>DISTRICT DIRECTOR, and THE )<br>IMMIGRATION & NATURALIZATION )<br>SERVICE, )<br>    RESPONDENTS. )<br>_____) | CIVIL ACTION NO. B-94-21 |

**ORDER OF DISMISSAL**

Magistrate Judge, Fidencio G. Garza, Jr., signed an Order of Dismissal on August 12, 1997. This Court has reviewed the file and concurs with the Magistrate Judge's decision that this Court no longer has subject matter jurisdiction. Therefore, it is

ORDERED that this matter be DISMISSED.

Dated this 1st day of February, 2000.

_____
United States District Court Judge